# UNITED STATES DISTRICT COURT
для
## District of Columbia

United States of America
v.

**DAVID ALAN BLAIR**

*Defendant*

)
) Case: 1:21-mj-00211
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/9/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **David Alan Blair**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault on federal officer or on person assisting federal officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - disorderly conduct on restricted grounds impeding govt. business;
18 U.S.C. § 1752(a)(4) - physical violence on restricted grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 2/9/2021

2021.02.09
20:48:23
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/2021, and the person was arrested on *(date)* 2/17/2021
at *(city and state)* WASHINGTON, DC.

Date: 2/17/2021

*Arresting officer's signature*

SA JONATHAN FUGITT (FBI SPECIAL AGENT)
*Printed name and title*